UNITED STATES of America,
Plaintiff–Appellee,

v.

Sandor Donald BOZSAR, Defendant–
Appellant.

No. 04–16370
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 18, 2005.

Edwin F. Knight, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Patrick Jackson, Pensacola, FL, for Defendant–Appellant.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM.

Patrick L. Jackson, appointed counsel for Sandor Donald Bozsar in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Bozsar's conviction and sentence are **AFFIRMED.**